UNITED STATES DISTRICT COURT
Western District of Kentucky

| | |
|---|---|
| KYLE NICHOLAS GADKE,  )<br>    *Plaintiff*  )<br>                              )<br>v.                                 )<br>                                )<br>BLUEGRASS LENDING GROUP, INC )<br>    *Defendants*  )<br>_____ ) | Case No. 3:22-cv-678-RGJ |

## ORDER DISMISSING WITH PREJUDICE

Plaintiff Kyle Nicholas Gadke and Defendant Bluegrass Lending Group, Inc., having jointly stipulated that this case be dismissed with prejudice as to all of Plaintiff's individual claims against Bluegrass Lending Group, Inc., as evidenced by the signatures of counsel for the parties, and the court being sufficiently advised:

**IT IS THEREFORE ORDERED** that Plaintiff Kyle Nicholas Gadke's individual claims against Defendant Bluegrass Lending Group Inc. in this action are **DISMISSED WITH PREJUDICE**, and the claims of any alleged putative class member are hereby Dismissed Without Prejudice, with each named party to this action bearing their own costs, expenses, and attorney's fees except as otherwise agreed.

August 10, 2023

*[signature]*
Rebecca Grady Jennings, District Judge
United States District Court

August 9, 2023

APPROVED BY:

| | |
|---|---|
| */s/ Avi R. Kaufman* <br> Avi R. Kaufman <br> Kaufman P.A. <br> 237 South Dixie Highway, Floor 4 Coral Gables, FL 33133 <br> kaufman@kaufmanpa.com <br> and <br> Jennifer R. Hall <br> Hall Legal Group, PLLC <br> 306 W. Dixie Avenue <br> Elizabethtown, KY 42701 <br> halllegalgroup@gmail.com <br> *Counsel for Plaintiff* | /s/ Joseph N. Tucker <br> Joseph N. Tucker <br> *Dinsmore & Shohl LLP* <br> 101 South Fifth Street, Suite 2500 <br> Louisville, KY 40202 <br> Tel: (502) 540-2300 <br> Fax: (502) 585-2207 <br> E-mail: joseph.tucker@dinsmore.com <br> *Counsel for Defendant* <br> *Bluegrass Lending Group, Inc.* |